# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132091
132092

HERBERT W.G. CLANTON,
      Plaintiff-Appellant,

v

ST. LAWRENCE HOSPITAL, LAURENCE
DOMINO, and MIKE BOWDEN,
      Defendants-Appellees.
_____/

SC: 132091
COA: 271432
Ingham CC: 06-000500-NO

HERBERT W.G. CLANTON,
      Plaintiff-Appellant,

v

INGHAM CIRCUIT JUDGE
      Defendant-Appellee.
_____/

SC: 132092
COA: 271935
Ingham CC: 06-000500-NO

On order of the Court, the application for leave to appeal the September 12, 2006 and September 15, 2006 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Costs of $250 are assessed against the plaintiff in favor of the defendants under MCR 7.316(D)(1) for filing a vexatious appeal. The plaintiff is barred from submitting additional filings in this Court until he offers proof that he has paid all his outstanding court-imposed sanctions.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

Clerk

d1206